■ In the Matter of JAMES A. McKNIGHT, III, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, et al., Respondents. [869 NYS2d 815]—

Present—Scudder, P.J., Centra, Fahey, Pine and Gorski, JJ.